UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOSEPH M. ABUKHADER and | ) | No. 08 B 04616 |
| NAJWA ABUKHADER, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: December 11, 2008                    TRUSTEE

/s/ Charles J. Myler
Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    ) Chapter 7
                                          )
JOSEPH M. and NAJWA ABUKHADER,            ) No. 08 B 04616
                                          )
         Debtors.                         ) Judge Manuel Barbosa

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $1,527.92 |
| 2. | Trustee's expenses | | 6.60 |
| | | TOTAL | $1,534.52 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorneys for the Trustee | | |
| | a. Compensation | | $1,932.50 |
| | b. Expenses | | 0.00 |
| 2. | Accountants for the Trustee | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| 3. | Other professional | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| | | TOTAL | $1,932.50 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS ___OCT 2 3 2008___ DAY OF _____, 2008.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT
A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOSEPH M. and NAJWA ABUKHADER, | ) | Case No. 08 B 04616 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

### DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,467.02 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,314.80 |
| Other: | $0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $7,781.82 |


EXHIBIT B

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,467.02 | 100 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,527.92 | $1,527.92 |
| Charles J. Myler, Expenses | 6.60 | 6.60 |
| Myler, Ruddy & McTavish | 1,932.50 | 1,932.50 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions | $0.00 | |

to Employee Benefit Plans

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Tax claims excluding fines and penalties | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $109,502.04 | 3.940 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 1. Recovery Mgmnt/GE Money Bank | $3,387.42 | $133.49 |
| 2. GE Consumer Finance/GE Mny Bk | $2,111.99 | $83.22 |
| 3. Discover Bank | $11,310.34 | $445.67 |
| 4. Capitol One Auto Finance(amnd) | $12,557.42 | $494.81 |
| 5. PYOD LLC | $9,730.12 | $383.40 |
| 6. Chase Bank | $6,421.75 | $253.04 |
| 7. Chase Bank | $7,157.22 | $282.02 |
| 8. Chase Bank | $5,526.97 | $217.78 |
| 9. Recovery Mgmnt/GE Money Bank | $15,851.30 | $624.60 |
| 10. Household Finance | $8,099.44 | $319.15 |
| 11. FIA Card Services | $27,348.07 | $1,077.62 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |

| 15. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | $ |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 24, 2008

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-04616 5 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | ABUKHADER, JOSEPH M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ABUKHADER, NAJWA | | Account: | ***_*****48-65 - Money Market Account |
| Taxpayer ID #: | 13-7601712 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/19/08 | {12} | Joseph Abukhader | Income tax refund | 1129-000 | 7,777.00 | | 7,777.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.28 | | 7,777.28 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 7,778.26 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 7,779.24 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.92 | | 7,780.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.02 | | 7,781.18 |
| 10/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 0.64 | | 7,781.82 |
| 10/24/08 | | To Account #*********4866 | transfer to checking | 9999-000 | | 7,781.82 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,781.82 | 7,781.82 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,781.82 | |
| Subtotal | | 7,781.82 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,781.82 | $0.00 | |


EXHIBIT C

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-04616 5 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | ABUKHADER, JOSEPH M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ABUKHADER, NAJWA | | Account: | ***_*****48-66 - Checking Account |
| Taxpayer ID #: | 13-7601712 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/24/08 | | From Account #*********4865 | transfer to checking | 9999-000 | 7,781.82 | | 7,781.82 |
| 10/27/08 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,527.92 | 6,253.90 |
| 10/27/08 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 6.60 | 6,247.30 |
| 10/27/08 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 1,932.50 | 4,314.80 |
| 10/27/08 | 104 | Recovery Management Systems Corporation | Acct. #4006 | 7100-000 | | 133.49 | 4,181.31 |
| 10/27/08 | 105 | GE Consumer Finance | Acct. #9052 | 7100-000 | | 83.22 | 4,098.09 |
| 10/27/08 | 106 | Discover Bank/DFS Services LLC | Acct. #4328 | 7100-000 | | 445.67 | 3,652.42 |
| 10/27/08 | 107 | Capital One Finance Finance | File #335860 | 7100-000 | | 494.81 | 3,157.61 |
| 10/27/08 | 108 | PYOD LLC its successors and assigns as assignee of | Acct. #8472 | 7100-000 | | 383.40 | 2,774.21 |
| 10/27/08 | 109 | CHASE BANK USA | Acct. #7807 | 7100-000 | | 253.04 | 2,521.17 |
| 10/27/08 | 110 | CHASE BANK USA | Acct. #7008 | 7100-000 | | 282.02 | 2,239.15 |
| 10/27/08 | 111 | Chase Bank USA, NA | Acct. #9219 | 7100-000 | | 217.78 | 2,021.37 |
| 10/27/08 | 112 | Recovery Management Systems | Acct. #8189 | 7100-000 | | 624.60 | 1,396.77 |
| 10/27/08 | 113 | eCAST Settlement Corp. | Acct. #8802 | 7100-000 | | 319.15 | 1,077.62 |
| 10/27/08 | 114 | FIA Card Services/Bank of America | Acct. #6875 | 7100-000 | | 1,077.62 | 0.00 |

Subtotals :    $7,781.82    $7,781.82

{} Asset reference(s)                                                                                                   Printed: 12/11/2008 12:22 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-04616 5 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | ABUKHADER, JOSEPH M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ABUKHADER, NAJWA | Account: | ***_*****48-66 - Checking Account |
| Taxpayer ID #: | 13-7601712 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/11/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 7,781.82 | 7,781.82 | $0.00 |
| | | | Less: Bank Transfers | | 7,781.82 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,781.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,781.82 | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****48-65 | 7,781.82 | 0.00 | 0.00 |
| Checking # ***_*****48-66 | 0.00 | 7,781.82 | 0.00 |
| | $7,781.82 | $7,781.82 | $0.00 |

{} Asset reference(s)